**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ESTATE OF ELEFTHERIOS LIMBERIOU,    :    CHAPTER 11

                                                                             :

                       DEBTOR    :    CASE NO. 19-15533

## ORDER

*AND NOW*, this _____ day of _____ 2019, upon consideration of the petition of the debtors Motion to Withdraw the Instant Bankruptcy Petition the motion of the debtor is "**DENIED**"

                                                    BY THE COURT,

                                                   **Eric L. Frank,**
                                                 **U.S. BANKRUPTCY JUDGE**